THE PAVONIA. GEORGE et al. v. CUNARD S. S. CO. (Circuit Court of Appeals, First Circuit. June 13, 1899.) No. 106. Appeal from the District Court of the United States for the District of Massachusetts. Charles T. Rus-

sell, William E. Russell, and Arthur H. Russell, for appellants.　George Putnam and Thomas Russell, for appellee.　Dismissed, without costs, pursuant to stipulation of parties.